FALL 1811. First district.

MURRAY *vs.* WINTER & HARMAN.

---

## ST. MARK vs. DELARUE.

*Seghers*, for the appellant, defendant below, moved for leave to amend his answer, by stating that the note on which the suit was brought, was obtained by fraud.

Amendment suggesting fraud, allowed after plea of payment.

*Paillette* for the appellee. The defendant has answered that he has paid the note ; an amendment denying the fact advanced, cannot be received.

ST. MARK
*vs.*
DELARUE.

*By the Court.* Amendments will ever be allowed, when justice appears to require it. There cannot be a better ground of defence, than the one proposed; the appellant may have refrained from resorting to it sooner, from his inability to establish it. If, since the trial below, he has discovered evidence that enables him to support this plea, he ought not to be precluded from availing himself of it.

AMENDMENT ALLOWED.